THE PEOPLE *v.* RIVERA.

APPEAL from the District Court of San Juan.

No. 23.—Decided June 24, 1904.

APPEAL—BILL OF EXCEPTIONS—MANIFEST ERROR IN RECORD.—There being no
bill of exceptions, and no error appearing in the record which would justify
the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Mr. del Toro, Fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE MACLEARY delivered the following opinion of
the court:

The appellant was convicted in the District Court of San
Juan of the offense of assault made upon the person of Teles-
foro Delgado, with a machete, without however, inflicting any
wound, the stroke having been warded off by the assaulted
party. He had a fair and impartial trial in the district court,
after an examination of all the witnesses, and was found guilty
by that court and sentenced to six months in jail, and con-
demned to pay the costs.

No bill of exceptions was taken during the progress of the
trial, and this case appears in the Supreme Court without an
attorney for the accused. The prosecution is represented by
the *fiscal* of this court, who refers to articles 232, 234 and 235
of the Penal Code, and 286 and 345 and the following of the
Code of Criminal Procedure.

There is no ground whatever on which to base an appeal,
and after a careful review of the whole record no error can
be discovered in the proceedings of the court below. This
appeal was clearly taken for delay only, and some penalty
should be provided by statute in order to discourage proceed-
ings of this kind.

The judgment of the district court will be affirmed with costs.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández and Figueras concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.